**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JONATHAN D. BLECHER, et al.,

*Plaintiffs,*

v.

PROGRESSIVE SELECT INSURANCE
COMPANY, et al.,

*Defendants.*

CIVIL ACTION
NO. 25-4448

## ORDER

**AND NOW**, this 19th day of December, 2025, upon consideration of Defendants Progressive Select, Progressive Casualty, and the Progressive Corporation's Motion to Dismiss (Dkt. No. 10), Plaintiffs Jonathan and Alan Blecher's Amended Complaint (Dkt. No. 5), and the parties' responses and replies (Dkt. Nos. 14, 15, & 18), it is **ORDERED** that the Motion is **GRANTED**.

1. The Blechers' breach of contract and bad faith claims, and their declaratory judgment claim tied to their contract claim, against Progressive Select are **DISMISSED with prejudice for lack of personal jurisdiction**;

2. The Blechers' breach of contract and bad faith claims, and their declaratory judgment claim tied to their breach of contract claim, against Progressive Casualty and the Progressive Corporation are **DISMISSED with prejudice for failure to state a claim**; and

3. The Blechers' defamation claim against each defendant is **DISMISSED with prejudice for failure to state a claim**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.